## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MUSTAFA ALI, | : No. 85 WAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| MICHAEL OVERMYER, PAUL ENNIS, | : |
| DERRICK OBERLANDER, DORINA | : |
| VARNA, KIM SMITH, JAMIE FERDARKO, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.